# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES, LLC., a New York limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01988-JAM-DB<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

**IT IS HEREBY ORDERED THAT,**

1) The deadline to file dispositional documents currently scheduled for January 20, 2022, is hereby continued to February 17, 2022.

**IT IS SO ORDERED.**

DATED: January 20, 2022    /s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE